# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas M. Kechely, | Civil No. 12- 859 (RHK/TNL) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| Anchor Glass Container Corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs to either party.

Dated: July 10, 2012

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge