**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Thomas M. Kechely, | Civil No. 12- 859 (RHK/TNL) |
| Plaintiff, | |
| vs. | **ORDER** |
| Anchor Glass Container Corporation, | |
| Defendant. | |

Pursuant to the Order of Dismissal (Doc. No. 19), **IT IS ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated:  July 10, 2012

    s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge